# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0478
Lower Tribunal No. 22-9939-FC-04
_____

**Harry Cyriaque,**
Appellant,

vs.

**Gestha Cyriaque,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Victoria Del Pino, Judge.

Law Offices of Peter S. Adrien, P.A., and Peter S. Adrien, for appellant.

The Florida Divorce & Criminal Defense Lawyers and Ramie Altawil, for appellee.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.